CLERK

Page 1

'09 ... 4: 35

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-1298

In Regard to the Matter of:

                                    OPINION/REPORT

Bayside State Prison                OF THE

Litigation                      SPECIAL MASTER

PATRICK MICHAEL FEIGHAN,

         -vs-

WILLIAM H. FAUVER, et al,

        Defendants.

             \*     \*     \*     \*

        THURSDAY, SEPTEMBER 11, 2008

             \*     \*     \*     \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No. 08-1298

In Regard to the Matter of:

                                    OPINION/REPORT

Bayside State Prison                    OF THE

Litigation                          SPECIAL MASTER

PATRICK MICHAEL FEIGHAN,

        -vs-

WILLIAM H. FAUVER, et al,

        Defendants.

                *       *       *       *

            THURSDAY, SEPTEMBER 11, 2008

                *       *       *       *

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

Page 2

1

2

3

4

5                     Transcript of proceedings in the above

6     matter taken by Theresa O. Mastroianni, Certified

7     Court Reporter, license number 30X100085700, and

8     Notary Public of the State of New Jersey at the

9     United States District Court House, One Gerry Plaza,

10    Camden, New Jersey, 08102, commencing at 4:00 PM.

11

12

13

14

15

16

17

18

19

20

21               MASTROIANNI & FORMAROLI, INC.

22       Certified Court Reporting & Videoconferencing

23               251 South White Horse Pike

24               Audubon, New Jersey 08106

25                     856-546-1100

Page 3

```
 1
 2
      A P P E A R A N C E S:
 3
 4         JAIME KAIGH, ESQUIRE
                - and -
 5         RODNEY D. RAY, ESQUIRE
           32 NORTH BLACK HORSE PIKE
 6         BLACKWOOD, NEW JERSEY   08012
           856-232-3337
 7         856-232-4561
           ATTORNEYS FOR THE PLAINTIFFS
 8
 9
10         ROSELLI & GRIEGEL, PC
           BY:  MARK ROSELLI, ESQUIRE
11              - and -
           BY:  STEVEN GRIEGEL, ESQUIRE
12         1337 STATE HIGHWAY 33
           HAMILTON SQUARE, NEW JERSEY   08690
13         609-586-2257
           ATTORNEYS FOR THE DEFENDANTS
14
15
16
17
18
19
20
21
22
23
24
25
```

1           JUDGE BISSELL:   I now reopen

2    proceedings in the case of Patrick Feighan, docket

3    number 08-1298.

4           This opinion/report is being issued

5    pursuant to the directives of the Order of Reference

6    to a Special Master and the Special Master's

7    Agreement and the guiding principles of law which

8    underlies this decision to be applied to the facts

9    upon which it is based as set forth in the jury

10   instructions in the Walker and Mejias jury charges to

11   the extent applicable to the allegations of Mr.

12   Feighan.

13          As finalized after review under Local

14   Civil Rule 52.1, this transcript will constitute the

15   written report required under paragraph seven of the

16   Order of Reference to a Special Master.

17          Mr. Feighan was a resident of Cottage

18   11 at the farm and alleges certain events that

19   occurred to him on August 13th, 1997.  His

20   description of those events, in a fairly lengthy

21   excerpt which I do want to read here for

22   completeness, begins on page ten, line 13.

23          "All right.  Now, what, if anything,

24   happened that morning with respect to SOG officers in

25   the farm facility?

1          "Well, they were still on I don't want

2  to say lockdown because it was full minimum, still

3  restricted to our rooms.  I didn't actually see the

4  buses pull up, but you heard the buses pull up and

5  the SOGs officers would come out and they were doing

6  a search.  I don't know exactly what they were

7  looking for and they were going through the

8  cottages."

9          I might add, parenthetically here,

10  stepping outside of the quote, that because of the

11  distance involved there is ample evidence in the

12  record here that when SOG units were dispatched to

13  the farm, they went either by bus or by van and

14  that's consistent with the witness' testimony here.

15  I'm now returning to his testimony.

16          "And I'm sitting on my bunk.  I heard

17  some screaming and I proceeded to look out the window

18  and I seen two officers dragging an inmate through

19  the compound pretty much on his face.

20          "Question:  Was the inmate black,

21  white?

22          "Answer:  He was African-American, yes.

23          "And the officers that were dragging

24  this inmate, how were they dressed?

25          "All black with riot gear on.

1          "And how were they dragging him?

2          "Pretty much on his face and stomach,

3    up and down.

4          "What, if anything, attracted your

5    attention to look out the window?

6          "Answer:  Screaming.

7          "Question:  All right.  Then what

8    happened, if anything, as a result of you looking out

9    that window?

10         "Answer:  One of the other officers

11   that was with them pointed to our cottage and, I

12   guess, that was the -- I don't want to assume

13   anything, but after he pointed to our cottage, he

14   proceeded to enter our cottage after that.

15         "Question:  About how much time passed

16   between when one of the officers pointed to your

17   cottage and when the SOG -- is it the SOG officers

18   that came in?

19         "Yes.

20         "About how much time passed between

21   when that officer made that gesture and the officers

22   actually entered?

23         "Probably less than a minute.

24         "Now, what happened when they came in?

25         "Answer:  Well, as soon as they came in

Page 7

1    through the door, I was in a four man cottage, there

2    was only two of us standing up.  One man that was in

3    there with me, I don't know his name, he just came

4    from Southern State or somewhere else.  They grabbed

5    him and slammed his head off the top bunk because

6    there was two double bunks, slammed his head off the

7    bunk.  So I went to turn to go to my bunk and was

8    struck three times in my side between my side and my

9    back with a club, night stick, whatever they had.

10   And I made it to my bunk and I was restrained in the

11   back of my neck, pushed down on to my bunk.

12                "Now, where on your body were you

13   struck?

14                "Probably on my side, in my ribs.  You

15   know, between my back and because I was going to

16   turn, they had a whole side of my body.

17                "How many times were you struck?

18                "Three.

19                "Did this result in any kind of

20   bruising or welts or abrasions?

21                "Answer:  Yes, sir, it did.  I had

22   pretty nice size welts and bruises on my side.

23                "Question:  And you said that something

24   was done to your neck as well?

25                "Yes, after I was able to get on my

1    bunk, they came up behind me and I guess to secure me

2    down, make sure I wasn't going to do anything, held

3    the night stick on the back of my neck for a few

4    seconds.  Wasn't really long, just enough to, I

5    guess, make sure I was secure in the bunk.

6              "Question:  And when you were struck,

7    what were you trying to do?

8              "Answer:  Get to my bunk.

9              "Were you in the upper or the lower?

10             "The lower bunk, sir.

11             "Did you say anything to these SOG

12   officers?

13             "No.

14             "Did you make any motions or gestures

15   toward them or anything like that?

16             "No."

17             There is a series of questions asked by

18   myself which is not particularly important.

19             Question then resumes at the top of

20   page 15, also a question from myself.

21             "Did any of the SOG officers say

22   anything in the course of this intrusion?

23             "It's not that I can really remember

24   specifically, sir.  They were just coming in, pretty

25   much they were just coming in is what we heard.  You

1    heard slamming doors, everything was just bam, bam,

2    bam, so fast.  They came in and they just came in

3    blew in the room and everything happened within

4    seconds."

5                   There is later testimony in the record,

6    I believe originally from depositions and confirmed

7    by the witness that there was verbalization directed

8    at the occupants of this room by the SOG officers,

9    essentially trash talk of some sort, but nothing that

10   he recalls specifically.

11                  Now, I've examined the contemporaneous

12   documentation here which includes the cottages log

13   for August 13th, Defendant's Exhibit 373, and also

14   the SOG log for that date which is defense Exhibit

15   Two.  Of course, one of the things important to

16   determine is if the contemporaneous records reflect

17   that the SOG officers were in the area of the

18   cottages, and they do.  An entry in the cottage log

19   for seven o'clock AM indicates that Inmates Posey,

20   Silla, S-T-L-L-A, and Cooper were transported to

21   medium facilities at or about seven AM.

22                  That, by the way, is consistent with

23   the SOG log for that date which also indicates that

24   at 6:55 AM Posey, Silla and a third inmate, and his

25   name is not easy to read, but his prison

1    identification number is identical to that of Mr.

2    Cooper, were returned from the farm, taken to the

3    infirmary and cleaned up by the nurses, and then

4    taken to B Unit.  All this movement was done by SOG

5    Team One.

6              So one SOG team was sent down to the

7    area at that time for these three extractions.  The

8    time of day being relatively consistent, I believe it

9    is a very proper inference that the SOG officers in

10   extracting these people may well have handled them in

11   the way that was described by Mr. Feighan and, upon

12   noticing that they were being observed by the

13   occupants of Cottage 11 and more particularly Mr.

14   Feighan's area, took a little side trip in there for

15   the purpose of delivering the message that they did

16   not enjoy being observed and they expected that there

17   would be no reports coming from other prisoners of

18   their activities at that time.

19             It's to Mr. Feighan's credit,

20   supporting his credibility, when he states that he

21   can't really recall exactly what was said.  It's also

22   a fair inference that the SOGs as Team One were

23   delivering that message both verbally and corporally

24   and, I might add, with no legitimate justification

25   whatsoever.  Thus, I find here a clear example of

1    excessive force both in fact and within the

2    comtemplation of constitutional law as set forth in

3    the jury instructions in question.

4              Now, further confirmation of this event

5    takes place in connection with the activities

6    regarding Ms. Pepper who was in charge of the Farm

7    Units.  According to the cottage log, Ms. Pepper came

8    into that area with an escort on or about 10:05 AM

9    also on the 13th of August.  This would have been

10   after the extractions and after the message

11   delivering, if I can call it that, by the SOG

12   officers to Mr. Feighan and his bunk mate.

13             Once again from the contemporaneous

14   entries here, it is a fair inference that Ms. Pepper

15   learned of that activity.  Maybe she learned of the

16   fact that the prisoners had been roughly handled in

17   their transport or perhaps even of the assaults on

18   Mr. Feighan.  I don't think that's critical to the

19   decision reached here.  But in any event, as we now

20   go to the SOG log we learn that center was about to

21   disburse two squads, One and Two, to the farm.  Ms.

22   Pepper, learning of this, stated (once again as

23   reflected in the SOG Log), Ms. Pepper does not want

24   SOG to respond to the farm.

25             Now, Lieutenant Coughlan testified here

1  that he was aware of these events personally and

2  construed that as being that Ms. Pepper, because she

3  knew that SOG was also involved in other extractions

4  and movement of prisoners, wanted to reassure Center

5  and the SOG units that they weren't needed at the

6  farm and they could tend to other duties.

7          Frankly, in a word that's hog wash.

8  And I find that Lieutenant Coughlan, at least in this

9  instance, sought to mislead this tribunal.

10          What is readily apparent here is that

11  Ms. Pepper is delivering a message that she did not

12  want the SOGs down there on the Farm as a result of

13  what had happened earlier that day.  There were, of

14  course, a number of very good reasons for that

15  including the fact that the Farm was minimum minimum,

16  and from testimony I've heard up to this point,

17  wasn't even being searched with the intensity that

18  was going on inside the walls.

19          But Center and Mr. Coughlan would have

20  none of that because at 10:36 they disbursed not one,

21  not two, but three SOG units to the Farm for the

22  purpose of extracting and bringing back one prisoner.

23  They were going to show Ms. Pepper who was running

24  this prison and that's the way they chose to do it.

25          It turns out that there was, indeed,

Page 13

1    one inmate brought back, apparently filmed by

2    Internal Affairs and there is nothing about that

3    particular movement that's challenged here.   But

4    based on the evidence that I've discussed above, I

5    find that the events as described by Mr. Feighan did,

6    indeed, happen and that there was contemporaneous

7    documentary evidence that the director of the Farm,

8    Ms. Pepper, found out about it, that she took some

9    steps, at least, to try to minimize if not eliminate

10   its recurrence, and essentially was ignored or

11   overridden, however you want to put it, by the

12   uniformed authorities who sent down overkill to

13   deliver that message to her.

14            I turn now, therefore, to the question

15   of the plaintiff's injuries.   I find the injuries are

16   not particularly serious, but they did occur.   I find

17   that the concept of injury does not limit the

18   recovery here because while that doctrine would

19   preclude or at least significantly curtail the

20   availability of damages for emotional or psychiatric

21   impact, Mr. Feighan isn't seeking those damages

22   anyway.

23            I certainly find, under the

24   circumstances here, that this was not conduct on

25   behalf of the SOG officers.   In other contexts, such

Page 14

1    a use of force, if it had been to enforce an order

2    that was being disobeyed or to restore some level of

3    order from a disturbance in which an inmate was

4    participating, it might have been.  But under this

5    circumstance, completely unprovoked and with no

6    penalogical purpose, I find as I mentioned before

7    that this was an excessive use of force.  Once again,

8    with relatively minor injuries which appear not to

9    have persisted.

10              I find that these injuries do support

11   an award of compensatory damages.  I do not find,

12   however, that this conduct, because at least in terms

13   of its lack of intensity and brief nature, was not so

14   egregious as to support an award of punitive damages

15   under applicable legal standards.

16              Finally, although not every item of

17   evidence has been discussed in this opinion/report

18   all evidence presented to the Special Master was

19   reviewed and considered.

20              And I recommend in this report that the

21   district court enter an award of compensatory damages

22   in the amount of three thousand five hundred dollars

23   in Mr. Feighan's favor.

24              Counsel, that concludes my decisions

25   for today, we'll reconvene at nine AM tomorrow.

1          MR. ROSELLI:   Thank you, your Honor.

2          MR. KAIGH:   Thank you, judge.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        C E R T I F I C A T E

2

3          I, Theresa O. Mastroianni, a Notary Public and

4     Certified Shorthand Reporter of the State of New

5     Jersey, do hereby certify that the foregoing is a

6     true and accurate transcript of the testimony as

7     taken stenographically by and before me at the time,

8     place, and on the date hereinbefore set forth.

9          I DO FURTHER CERTIFY that I am neither a

10    relative nor employee nor attorney nor counsel of any

11    of the parties to this action, and that I am neither

12    a relative nor employee of such attorney or counsel,

13    and that I am not financially interested in the

14    action.

15

16

17

18

19    *Theresa O Mastroianni*

         Theresa O. Mastroianni, C.S.R.

20       Notary Public, State of New Jersey

         My Commission Expires May 5, 2010

21       Certificate No. X10857

         Date:   September 11, 2008

22

23

24

25

**A**

able 7:25
abrasions 7:20
accurate 16:6
action 1:2 16:11
  16:14
activities 10:18
  11:5
activity 11:15
add 5:9 10:24
Affairs 13:2
African-Amer...
  5:22
Agreement 4:7
al 1:8
allegations 4:11
alleges 4:18
amount 14:22
ample 5:11
Answer 5:22 6:6
  6:10,25 7:21
  8:8
anyway 13:22
apparent 12:10
apparently 13:1
appear 14:8
applicable 4:11
  14:15
applied 4:8
area 9:17 10:7
  10:14 11:8
asked 8:17
assaults 11:17
assume 6:12
attention 6:5
attorney 16:10
  16:12
ATTORNEYS
  3:7,13
attracted 6:4
Audubon 2:24
August 4:19
  9:13 11:9
authorities
  13:12

availability
  13:20
award 14:11,14
  14:21
aware 12:1

**B**

B 10:4
back 7:9,11,15
  8:3 12:22 13:1
bam 9:1,1,2
based 4:9 13:4
Bayside 1:5
begins 4:22
behalf 13:25
believe 9:6 10:8
BISSELL 1:19
  4:1
black 3:5 5:20
  5:25
BLACKWOOD
  3:6
blew 9:3
body 7:12,16
brief 14:13
bringing 12:22
brought 13:1
bruises 7:22
bruising 7:20
bunk 5:16 7:5,7
  7:7,10,11 8:1,5
  8:8,10 11:12
bunks 7:6
bus 5:13
buses 5:4,4

**C**

C 3:2 16:1,1
call 11:11
Camden 2:10
case 4:2
center 11:20
  12:4,19
certain 4:18
certainly 13:23
Certificate

16:21
Certified 2:6,22
  16:4
certify 16:5,9
challenged 13:3
charge 11:6
charges 4:10
chose 12:24
circumstance
  14:5
circumstances
  13:24
Civil 1:2 4:14
cleaned 10:3
clear 10:25
club 7:9
come 5:5
coming 8:24,25
  10:17
commencing
  2:10
Commission
  16:20
compensatory
  14:11,21
completely 14:5
completeness
  4:22
compound 5:19
comtemplation
  11:2
concept 13:17
concludes 14:24
conduct 13:24
  14:12
confirmation
  11:4
confirmed 9:6
connection 11:5
considered
  14:19
consistent 5:14
  9:22 10:8
constitute 4:14
constitutional
  11:2

construed 12:2
contemporane...
  9:11,16 11:13
  13:6
contexts 13:25
Cooper 9:20
  10:2
corporally 10:23
cottage 4:17
  6:11,13,14,17
  7:1 9:18 10:13
  11:7
cottages 5:8 9:12
  9:18
Coughlan 11:25
  12:8,19
counsel 14:24
  16:10,12
course 8:22 9:15
  12:14
court 1:1 2:7,9
  2:22 14:21
credibility 10:20
credit 10:19
critical 11:18
curtail 13:19
C.S.R 16:19

**D**

D 3:5
damages 13:20
  13:21 14:11,14
  14:21
date 9:14,23
  16:8,21
day 10:8 12:13
decision 4:8
  11:19
decisions 14:24
Defendants 1:9
  3:13
Defendant's
  9:13
defense 9:14
deliver 13:13
delivering 10:15

10:23 11:11
  12:11
depositions 9:6
described 10:11
  13:5
description 4:20
determine 9:16
directed 9:7
directives 4:5
director 13:7
disburse 11:21
disbursed 12:20
discussed 13:4
  14:17
disobeyed 14:2
dispatched 5:12
distance 5:11
district 1:1,2 2:9
  14:21
disturbance
  14:3
docket 4:2
doctrine 13:18
documentary
  13:7
documentation
  9:12
doing 5:5
dollars 14:22
door 7:1
doors 9:1
double 7:6
dragging 5:18
  5:23 6:1
dressed 5:24
duties 12:6

**E**

E 3:2,2 16:1,1
earlier 12:13
easy 9:25
egregious 14:14
either 5:13
eliminate 13:9
emotional 13:20
employee 16:10

16:12
enforce 14:1
enjoy 10:16
enter 6:14 14:21
entered 6:22
entries 11:14
entry 9:18
escort 11:8
ESQUIRE 3:4,5
  3:10,11
essentially 9:9
  13:10
et 1:8
event 11:4,19
events 4:18,20
  12:1 13:5
evidence 5:11
  13:4,7 14:17
  14:18
exactly 5:6
  10:21
examined 9:11
example 10:25
excerpt 4:21
excessive 11:1
  14:7
Exhibit 9:13,14
expected 10:16
Expires 16:20
extent 4:11
extracting 10:10
  12:22
extractions 10:7
  11:10 12:3

__F__
F 16:1
face 5:19 6:2
facilities 9:21
facility 4:25
fact 11:1,16
  12:15
facts 4:8
fair 10:22 11:14
fairly 4:20
farm 4:18,25

5:13 10:2 11:6
  11:21,24 12:6
  12:12,15,21
  13:7
fast 9:2
FAUVER 1:8
favor 14:23
Feighan 1:6 4:2
  4:12,17 10:11
  11:12,18 13:5
  13:21
Feighan's 10:14
  10:19 14:23
filmed 13:1
finalized 4:13
Finally 14:16
financially
  16:13
find 10:25 12:8
  13:5,15,16,23
  14:6,10,11
five 14:22
force 11:1 14:1,7
foregoing 16:5
FORMAROLI
  2:21
forth 4:9 11:2
  16:8
found 13:8
four 7:1
Frankly 12:7
full 5:2
further 11:4
  16:9

__G__
gear 5:25
Gerry 2:9
gesture 6:21
gestures 8:14
go 7:7 11:20
going 5:7 7:15
  8:2 12:18,23
good 12:14
grabbed 7:4
GRIEGEL 3:10

3:11
guess 6:12 8:1,5
guiding 4:7

__H__
H 1:8
HAMILTON
  3:12
handled 10:10
  11:16
happen 13:6
happened 4:24
  6:8,24 9:3
  12:13
head 7:5,6
heard 5:4,16
  8:25 9:1 12:16
held 8:2
hereinbefore
  16:8
HIGHWAY
  3:12
hog 12:7
Honor 15:1
HONORABLE
  1:19
Horse 2:23 3:5
House 2:9
hundred 14:22

__I__
identical 10:1
identification
  10:1
ignored 13:10
impact 13:21
important 8:18
  9:15
includes 9:12
including 12:15
indicates 9:19
  9:23
inference 10:9
  10:22 11:14
infirmary 10:3
injuries 13:15

13:15 14:8,10
injury 13:17
inmate 5:18,20
  5:24 9:24 13:1
  14:3
Inmates 9:19
inside 12:18
instance 12:9
instructions
  4:10 11:3
intensity 12:17
  14:13
interested 16:13
Internal 13:2
intrusion 8:22
involved 5:11
  12:3
issued 4:4
item 14:16

__J__
JAIME 3:4
Jersey 1:2 2:8,10
  2:24 3:6,12
  16:5,20
JOHN 1:19
judge 4:1 15:2
jury 4:9,10 11:3
justification
  10:24

__K__
KAIGH 3:4 15:2
kind 7:19
knew 12:3
know 5:6 7:3,15

__L__
lack 14:13
law 4:7 11:2
learn 11:20
learned 11:15,15
learning 11:22
legal 14:15
legitimate 10:24
lengthy 4:20

level 14:2
license 2:7
Lieutenant
  11:25 12:8
limit 13:17
line 4:22
Litigation 1:5
little 10:14
Local 4:13
lockdown 5:2
log 9:12,14,18
  9:23 11:7,20
  11:23
long 8:4
look 5:17 6:5
looking 5:7 6:8
lower 8:9,10

__M__
man 7:1,2
MARK 3:10
Master 1:5,19
  4:6,16 14:18
Master's 4:6
Mastroianni 2:6
  2:21 16:3,19
mate 11:12
matter 1:4 2:6
medium 9:21
Mejias 4:10
mentioned 14:6
message 10:15
  10:23 11:10
  12:11 13:13
MICHAEL 1:6
minimize 13:9
minimum 5:2
  12:15,15
minor 14:8
minute 6:23
mislead 12:9
morning 4:24
motions 8:14
movement 10:4
  12:4 13:3

## N

N 3:2
name 7:3 9:25
nature 14:13
neck 7:11,24 8:3
needed 12:5
neither 16:9,11
New 1:2 2:8,10
  2:24 3:6,12
  16:4,20
nice 7:22
night 7:9 8:3
nine 14:25
NORTH 3:5
Notary 2:8 16:3
  16:20
noticing 10:12
number 2:7 4:3
  10:1 12:14
nurses 10:3

## O

O 2:6 16:3,19
observed 10:12
  10:16
occupants 9:8
  10:13
occur 13:16
occurred 4:19
officer 6:21
officers 4:24 5:5
  5:18,23 6:10
  6:16,17,21
  8:12,21 9:8,17
  10:9 11:12
  13:25
once 11:13,22
  14:7
opinion/report
  1:4 4:4 14:17
order 4:5,16
  14:1,3
originally 9:6
outside 5:10
overkill 13:12
overridden

13:11
o'clock 9:19

## P

P 3:2,2
page 4:22 8:20
paragraph 4:15
parenthetically
  5:9
participating
  14:4
particular 13:3
particularly
  8:18 10:13
  13:16
parties 16:11
passed 6:15,20
Patrick 1:6 4:2
PC 3:10
penalogical 14:6
people 10:10
Pepper 11:6,7
  11:14,22,23
  12:2,11,23
  13:8
persisted 14:9
personally 12:1
Pike 2:23 3:5
place 11:5 16:8
PLAINTIFFS
  3:7
plaintiff's 13:15
Plaza 2:9
PM 2:10
point 12:16
pointed 6:11,13
  6:16
Posey 9:19,24
preclude 13:19
presented 14:18
pretty 5:19 6:2
  7:22 8:24
principles 4:7
prison 1:5 9:25
  12:24
prisoner 12:22

prisoners 10:17
  11:16 12:4
Probably 6:23
  7:14
proceeded 5:17
  6:14
proceedings 2:5
  4:2
proper 10:9
psychiatric
  13:20
Public 2:8 16:3
  16:20
pull 5:4,4
punitive 14:14
purpose 10:15
  12:22 14:6
pursuant 4:5
pushed 7:11
put 13:11

## Q

question 5:20
  6:7,15 7:23 8:6
  8:19,20 11:3
  13:14
questions 8:17
quote 5:10

## R

R 3:2 16:1
RAY 3:5
reached 11:19
read 4:21 9:25
readily 12:10
really 8:4,23
  10:21
reasons 12:14
reassure 12:4
recall 10:21
recalls 9:10
recommend
  14:20
reconvene 14:25
record 5:12 9:5
records 9:16

recovery 13:18
recurrence
  13:10
Reference 4:5
  4:16
reflect 9:16
reflected 11:23
Regard 1:4
regarding 11:6
relative 16:10,12
relatively 10:8
  14:8
remember 8:23
reopen 4:1
report 4:15
  14:20
Reporter 2:7
  16:4
Reporting 2:22
reports 10:17
required 4:15
resident 4:17
respect 4:24
respond 11:24
restore 14:2
restrained 7:10
restricted 5:3
result 6:8 7:19
  12:12
resumes 8:19
returned 10:2
returning 5:15
review 4:13
reviewed 14:19
ribs 7:14
right 4:23 6:7
riot 5:25
RODNEY 3:5
room 9:3,8
rooms 5:3
ROSELLI 3:10
  3:10 15:1
roughly 11:16
Rule 4:14
running 12:23

## S

S 3:2
screaming 5:17
  6:6
search 5:6
searched 12:17
seconds 8:4 9:4
secure 8:1,5
see 5:3
seeking 13:21
seen 5:18
sent 10:6 13:12
September 1:14
  16:21
series 8:17
serious 13:16
set 4:9 11:2 16:8
seven 4:15 9:19
  9:21
Shorthand 16:4
show 12:23
side 7:8,8,14,16
  7:22 10:14
significantly
  13:19
Silla 9:20,24
sir 7:21 8:10,24
sitting 5:16
size 7:22
slammed 7:5,6
slamming 9:1
SOG 4:24 5:12
  6:17,17 8:11
  8:21 9:8,14,17
  9:23 10:4,6,9
  11:11,20,23,24
  12:3,5,21
  13:25
SOGs 5:5 10:22
  12:12
soon 6:25
sort 9:9
sought 12:9
South 2:23
Southern 7:4

**Special** 1:5,19
  4:6,6,16 14:18
**specifically** 8:24
  9:10
**squads** 11:21
**SQUARE** 3:12
**standards** 14:15
**standing** 7:2
**State** 1:5 2:8
  3:12 7:4 16:4
  16:20
**stated** 11:22
**states** 1:1 2:9
  10:20
**stenographica...**
  16:7
**stepping** 5:10
**steps** 13:9
**STEVEN** 3:11
**stick** 7:9 8:3
**stomach** 6:2
**struck** 7:8,13,17
  8:6
**support** 14:10
  14:14
**supporting**
  10:20
**sure** 8:2,5
**S-I-L-L-A** 9:20

_____ **T** _____
**T** 16:1,1
**taken** 2:6 10:2,4
  16:7
**takes** 11:5
**talk** 9:9
**team** 10:5,6,22
**ten** 4:22
**tend** 12:6
**terms** 14:12
**testified** 11:25
**testimony** 5:14
  5:15 9:5 12:16
  16:6
**Thank** 15:1,2
**Theresa** 2:6 16:3

16:19
**things** 9:15
**think** 11:18
**third** 9:24
**thousand** 14:22
**three** 7:8,18 10:7
  12:21 14:22
**THURSDAY**
  1:14
**Thus,l** 10:25
**time** 6:15,20
  10:7,8,18 16:7
**times** 7:8,17
**today** 14:25
**tomorrow** 14:25
**top** 7:5 8:19
**transcript** 2:5
  4:14 16:6
**transport** 11:17
**transported**
  9:20
**trash** 9:9
**tribunal** 12:9
**trip** 10:14
**true** 16:6
**try** 13:9
**trying** 8:7
**turn** 7:7,16
  13:14
**turns** 12:25
**two** 5:18 7:2,6
  9:15 11:21,21
  12:21

_____ **U** _____
**underlies** 4:8
**uniformed** 13:12
**Unit** 10:4
**United** 1:1 2:9
**units** 5:12 11:7
  12:5,21
**unprovoked**
  14:5
**upper** 8:9
**use** 14:1,7

_____ **V** _____
**van** 5:13
**verbalization**
  9:7
**verbally** 10:23
**Videoconfere...**
  2:22
**vs** 1:7

_____ **W** _____
**W** 1:19
**Walker** 4:10
**walls** 12:18
**want** 4:21 5:1
  6:12 11:23
  12:12 13:11
**wanted** 12:4
**wash** 12:7
**wasn't** 8:2,4
  12:17
**way** 9:22 10:11
  12:24
**welts** 7:20,22
**went** 5:13 7:7
**weren't** 12:5
**we'll** 14:25
**whatsoever**
  10:25
**white** 2:23 5:21
**WILLIAM** 1:8
**window** 5:17 6:5
  6:9
**witness** 5:14 9:7
**word** 12:7
**written** 4:15

_____ **X** _____
**X1O857** 16:21

_____ **0** _____
**08-1298** 1:2 4:3
**08012** 3:6
**08102** 2:10
**08106** 2:24
**08690** 3:12

_____ **1** _____
**10:05** 11:8
**10:36** 12:20
**11** 1:14 4:18
  10:13 16:21
**13** 4:22
**13th** 4:19 9:13
  11:9
**1337** 3:12
**15** 8:20
**1997** 4:19

_____ **2** _____
**2008** 1:14 16:21
**2010** 16:20
**251** 2:23

_____ **3** _____
**30X100085700**
  2:7
**32** 3:5
**33** 3:12
**373** 9:13

_____ **4** _____
**4:00** 2:10

_____ **5** _____
**5** 16:20
**52.1** 4:14

_____ **6** _____
**6:55** 9:24
**609-586-2257**
  3:13

_____ **8** _____
**856-232-3337**
  3:6
**856-232-4561**
  3:7
**856-546-1100**
  2:25